# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| STEVEN A. ERLEMEIER, | Civil No. 10-0082 (JRT/RLE) |
| Plaintiffs, | |
| v. | **ORDER** |
| PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY, | |
| Defendant. | |

---

James Balmer and Stephanie Balmer, **FALSANI BALMER PETERSON QUINN & BEYER,** 306 West Superior Street, Suite 1200, Duluth, MN 55802, for plaintiff.

Molly Hamilton and Terrance Wagener, **MESSERLI & KRAMER P.A.,** 1400 Fifth Street Towers, 100 South Fifth Street, Minneapolis, MN 55402, for defendant.

This matter is before the Court upon the stipulation of dismissal filed by the parties on July 6, 2010 [Docket No. 11].

**IT IS HEREBY ORDERED** that the above matter is hereby **DISMISSED with PREJUDICE,** on the merits, and without an award of costs or disbursements to either party.

Dated: July 7, 2010
at Minneapolis, Minnesota      _____ s/ John R. Tunheim_____
                                JOHN R. TUNHEIM
                                United States District Judge